Local MIE Form 1
(7/02)

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT

## for the

## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

COLEMAN, Armondo                        Docket. No. 02-CR-80279-DT-01

On January 10, 2008, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on January 29, 2008, and the Court made the following findings:

    __X__     Guilty of violating conditions of supervision. Disposition held in abeyance pending the supervised releasee's compliance with the Court ordered supervision conditions during the specified adjournment period.

In light of the supervised releasee's compliance with the court ordered conditions of supervision since the violation hearing on January 29, 2008, the probation department recommends that the Court dispose of the violation matter and terminate the offender from supervised release as scheduled on May 1, 2008.

                                                            Respectfully submitted,

                                                            Marc W. Calandra
                                                            United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved. ~~and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.~~

                   Dated this __1st__ Day of ___May___, 2008.

                                          _____
                                          United States District Judge